

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Cause No. |
| v. | § § | **INDICTMENT** |
| NEIL ANTHONY MCLEAN | § § § § § § § § | [VIO: COUNT ONE: 21 U.S.C. § 841(a)(1) & (b)(1)(A) and 846, Conspiracy to Possess With Intent to Distribute Fentanyl; COUNT TWO: 21 U.S.C. § 841(a)(1) & (b)(1)(A), Possession of Fentanyl With Intent to Distribute.] |

**SA21CR0136 OG**

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[21 U.S.C. § 841(a)(1) & (b)(1)(A) and 846]

On or about and between October 1, 2020 through January 3, 2021, in the Western District of Texas, Defendant,

NEIL ANTHONY MCLEAN

knowingly, intentionally, and unlawfully combined, conspired, confederated and agreed together and with others known and unknown, to possess with the intent to distribute a controlled substance, which offense involved a quantity of 100 grams or more of a mixture or substance containing a detectable amount of Carfentanil an analogue of Fentanyl (N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance, contrary to Title 21, United States Code, Sections 841(a)(1) & (b)(1)(A) and 846.

## COUNT TWO
[21 U.S.C. § 841(a)(1) & (b)(1)(A)]

On or about and between October 1, 2020 through January 3, 2021, in the Western District of Texas, Defendant,

## NEIL ANTHONY MCLEAN

did knowingly, intentionally, and unlawfully possess with the intent to distribute a controlled substance, which offense involved 100 grams or more of a mixture or substance containing a detectable amount of Carfentanil an analogue of Fentanyl (N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(A).

A TRUE BILL

_____
FOREPERSON

ASHLEY C. HOFF
United States Attorney

By: _____ FOR
AMY MARIE HAIL
Assistant United States Attorney